Timothy R. Hanigan (State Bar No. 125791)
trhanigan@gmail.com
Arthur Carvalho, Jr. (State Bar No. 125370)
acarvalho@lhcllp.com
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone: (818) 883-5644
Facsimile:  (818) 704-9372

Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company,<br><br>               Plaintiff,<br><br>   vs.<br><br>COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29 CD63C23C91ON, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.: CV12-2251 JFW(JCGx)<br><br>NOTICE OF ERRATA RE *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EARLY DISCOVERY |

**PLEASE TAKE NOTICE** that Plaintiff's *Ex Parte* Application for Order Authorizing Early Discovery, filed on March 27, 2012, incorrectly states the case number in the caption.

Because the documents are incorrect, the *Ex Parte* Application and the accompanying supporting documents, designated on the Docket as #6, are **hereby withdrawn in its entirety** and should be disregarded.

DATED: March 27, 2012        LANG, HANIGAN & CARVALHO, LLP.


                             By  s/ Timothy R. Hanigan
                                 Timothy R. Hanigan
                                 Attorneys for Plaintiff
                                 808 HOLDINGS, LLC.

*LANG, HANIGAN & CARVALHO, LLP*
*21550 Oxnard Street, Suite 760*
*Woodland Hills, CA 91367*
*(818) 883-5644*