1 Timothy R. Hanigan (State Bar No. 125791)
trhanigan@gmail.com
2 Arthur Carvalho, Jr. (State Bar No. 125370)
acarvalho@lhcllp.com
3 LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
4 Woodland Hills, California 91367
Telephone:  (818) 883-5644
5 Facsimile:  (818) 704-9372

6 Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63 C23C91ON, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV12-2251 CAS(Ex) <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EARLY DISCOVERY** <br><br> [Filed Concurrently With: (1) Memorandum of Points and Authorities in Support Thereof; (2) Declaration of Timothy R. Hanigan in Support Thereof; (3) Certificate of Filing and Non-Service; (4) Proposed Order Thereon.] <br><br> **NON-HEARING MOTION** |

### PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY DISCOVERY

Plaintiff 808 Holdings, LLC, ("Plaintiff" or "808"), respectfully applies to this Court, *Ex Parte* and without a hearing, for an order authorizing Plaintiff to conduct limited early discovery solely for the purpose of identifying the Doe Defendants through the issuance of subpoenas directed to the Internet Service Providers ("ISPs") **AT&T d/b/a SBC Internet Services**, **Clearwire Corporation, Comcast Cable**, **Qwest Communications**, and **Verizon Internet Services**, requesting subscriber information solely within each Internet Service Provider's possession and, thereafter, through written discovery requests and/or depositions of the identified subscribers as may be necessary to properly identify each Doe Defendant.

_____1_____
*Ex Parte Application*

Plaintiff makes this application pursuant to Rules 7 and 26, Fed. R. Civ. P., and *Ex Parte* pursuant to L.R. 7-19.  This Application is based on Plaintiff's Memorandum of Points and Authorities and Declaration of Timothy R. Hanigan attached hereto, all the records and files herein, and any other matters considered by the Court.

DATED: March 29, 2012  LANG, HANIGAN & CARVALHO, LLP.

By  s/ Timothy R. Hanigan
Timothy R. Hanigan

Attorneys for Plaintiff
808 Holdings, LLC.