Timothy R. Hanigan (State Bar No. 125791)
trhanigan@gmail.com
Arthur Carvalho, Jr. (State Bar No. 125370)
acarvalho@lhcllp.com
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone: (818) 883-5644
Facsimile:  (818) 704-9372

Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29 CD63C23C91ON, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV12-2251 CAS(Ex)<br><br>**DECLARATION OF TIMOTHY R. HANIGAN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ALLOWING EARLY DISCOVERY.** |

**DECLARATION OF COUNSEL IN SUPPORT OF**
***EX PARTE* APPLICATION FOR ORDER ALLOWING EARLY DISCOVERY**

I, TIMOTHY R. HANIGAN, declare as follows:

1.  I am duly licensed to practice law before this Court, and am one of the attorneys representing Plaintiff 808 HOLDINGS, LLC in this action.  I do not have personal knowledge of the facts recited below.  As such I make this declaration **upon information and belief only**, in support of Plaintiff's *Ex Parte* Application for Early Discovery.

//

---
1
*Declaration of Timothy R. Hanigan*

2. In connection with the filing of this action, my firm procured the services of an expert with substantial experience in monitoring and tracking BitTorrent infringements.

3. Attached hereto as **Exhibit "A"** is a spreadsheet propounded by my expert showing the IP addresses of computers that were observed as participating in the BitTorrent collective defined by the file identifier hash: E37917C8EEB4585E6421358FF32F29CD63C23C91 (the "E379 Hash"). The E379 Hash is a BitTorrent hash associated with the illegal copying and distribution of Plaintiff's copyrighted work "Brandon & Pierce Unwrapped," that is the subject of the Complaint filed in this matter.

4. Exhibit "A" describes the date and time each identified IP address participated in the E379 Hash collective. Exhibit "A" also identifies the ISP associated with each such IP address as provided by **AT&T d/b/a SBC Internet Services**, **Clearwire Corporation, Comcast Cable**, **Qwest Communications**, and **Verizon Internet Services** .

5. The only information Plaintiff has regarding individuals who participated in the E379 Hash is his/her IP address and his/her cable ISP.

6. There are no other measures Plaintiff can take to identify the Doe Defendants other than to obtain his/her identifying information from his/her ISP.

//
//
//
//
//
//
//
//
//

_____2_____
*Declaration of Timothy R. Hanigan*


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on March 27, 2012, at Woodland Hills, California.

LANG, HANIGAN & CARVALHO, LLP.

By  s/ Timothy R. Hanigan
    Timothy R. Hanigan

Attorneys for Plaintiff
808 HOLDINGS, LLC.

3

*Declaration of Timothy R. Hanigan*

# EXHIBIT A

| Host IP address | Hit Date(UTC) | Related Title | ISP | FileHash |
|---|---|---|---|---|
| 76.114.21.42 | 2012.01.03 03:01 PM | Brandon & Pierce Unwrapped.wmv | Comcast Cable | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 108.35.183.216 | 2012.01.03 04:37 PM | Brandon & Pierce Unwrapped.wmv | Verizon Internet Services | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 50.8.232.102 | 2012.01.03 05:47 PM | Brandon & Pierce Unwrapped.wmv | Clearwire Corporation | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 76.253.5.154 | 2012.01.03 05:51 PM | Brandon & Pierce Unwrapped.wmv | SBC Internet Services | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 98.192.33.97 | 2012.01.03 06:04 PM | Brandon & Pierce Unwrapped.wmv | Comcast Cable | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 99.56.5.42 | 2012.01.03 06:49 PM | Brandon & Pierce Unwrapped.wmv | SBC Internet Services | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 174.26.48.189 | 2012.01.03 07:30 PM | Brandon & Pierce Unwrapped.wmv | Qwest Communications | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 68.49.101.92 | 2012.01.03 07:31 PM | Brandon & Pierce Unwrapped.wmv | Comcast Cable | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 24.4.98.209 | 2012.01.03 08:10 PM | Brandon & Pierce Unwrapped.wmv | Comcast Cable | E37917C8EEB4585E6421358FF32F29CD63C23C91 |
| 99.68.19.179 | 2012.01.03 09:35 PM | Brandon & Pierce Unwrapped.wmv | SBC Internet Services | E37917C8EEB4585E6421358FF32F29CD63C23C91 |