Timothy R. Hanigan (State Bar No. 125791)
trhanigan@gmail.com
Arthur Carvalho, Jr. (State Bar No. 125370)
acarvalho@lhcllp.com
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone:  (818) 883-5644
Facsimile:   (818) 704-9372

Attorneys for Plaintiffs
808 Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29 CD63C23C91ON, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ | Case No.: CV12-2251 CAS(Ex)<br><br>**CERTIFICATE OF FILING AND NON-SERVICE.** |

## CERTIFICATE OF FILING AND NON-SERVICE

I hereby certify that the foregoing document was filed electronically using this Court's CM/ECF system on March 27, 2012.  As the identities of the Doe Defendants are unknown at this time, Plaintiff is unable to serve any defendant.

DATED: March 27, 2012          LANG, HANIGAN & CARVALHO, LLP.

                                By  s/ Timothy R. Hanigan
                                    Timothy R. Hanigan

                                Attorneys for Plaintiff
                                808 HOLDINGS, LLC.

_____1_____
*Certificate of Filing and Non-Service*