Danny J. Simon (SBN 276121)
LALCHANDANI SIMON PL
25 SE 2nd Ave., Suite 1050
Miami, FL 33131
danny@lslawpl.com
Telephone:   (305) 999-5291
Facsimile:   (305) 671-9282

Attorney for Person Alleged to be John Doe
No. 4

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 808 HOLDINGS, LLC, a corporation, | Case No. CV12-2251 CAS(Ex) |
| Plaintiff, | Assigned to Hon. Christina A. Snyder |
| v. | **NOTICE OF FILING MOTION TO DISMISS / SEVER / QUASH / AND FOR A PROTECTIVE ORDER** |
| COLLECTIVE OF JANUARY 3, 2012, SHARING HASH E37917C8 EEB4585E6421358FF32F29C D63C 23C91, and DOES 1 through 10, Inclusive, | Hearing Date:   09/10/12 |
| Defendant. | Hearing Time:   10:00 AM |
| | Hearing Room:  5, Spring (Judge Snyder) |

John Doe 4 (IP Address 76.253.5.154), by and through undersigned counsel, appears for the limited purpose of moving the Court to dismiss for failure to sufficiently allege jurisdictional facts and to reconsider its Order Granting Leave to Serve Third Party Subpoenas [DE 10].  Alternatively, John Doe 4, pursuant to Federal Rules of Civil Procedure 20, 26, and 45, moves to dismiss/sever for improper joinder and/or to quash the third-party subpoena or for a protective order.

Respectfully submitted,

LALCHANDANI SIMON PL

By: /s/ Daniel J. Simon
Daniel J. Simon
California Bar No.: 276121 _____

-1-

danny@lslawpl.com
25 SE 2nd Ave, Suite 1050
Miami, Florida 33131
Tel:    (305) 999-5291
Fax:    (305) 671-9282
*Attorney for John Doe 4*

-2-

1
2
3
## CERTIFICATE OF SERVICE
4
     I HEREBY CERTIFY that a true and correct copy of the foregoing
5
document was served on all of those parties receiving electronic notification via the
6
Court's CM/ECF electronic filing as of July 30, 2012.
7
8
               By: /s/ Daniel J. Simon
                   Daniel J. Simon, Esq.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-