5/24/12  2:10 PM

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| 808 HOLDINGS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  CV-12 2251 CAS (Ex) |
| COLLECTIVE OF JANUARY 3, 2012, etc. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  SBC INTERNET SERVICES, INC., ATTN: CUSTODIAN OF RECORDS; c/o CT CORPORATION 818 WEST SEVENTH STREET, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90017

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: By mailing to the offices of Lang, Hanigan & Carvalho, LLP any and all documents sufficient to identify the name, address, telephone number, and Media Access Control address of each individual whose IP address is listed in the spreadsheet attached hereto as Exhibit A. The cost associated with production and mailing to be paid by Lang, Hanigan & Carvalho, LLP to alleviate any burden on AT&T.

| Place: Timothy R. Hanigan, Lang, Hanigan & Carvalho, LLP, 21550 Oxnard Street, Suite 760, Woodland Hills, CA 91367 | Date and Time: 06/24/2012 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  05/22/2012

*CLERK OF COURT*

OR  [signature]

_____     _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  808 HOLDINGS, LLC
_____ , who issues or requests this subpoena, are:
Timothy R. Hanigan, Lang, Hanigan & Carvalho, LLP, 21550 Oxnard Street, Suite 760, Woodland Hills, CA 91367; (818) 883-5644, trhanigan@gmail.com

EXHIBIT A

| Host IP address | Hit Date(UTC) | ISP |
| --- | --- | --- |
| 76.253.5.154 | 2012.01.03 05:51 PM | SBC Internet Services |
| 99.56.5.42 | 2012.01.03 06:49 PM | SBC Internet Services |
| 99.68.19.179 | 2012.01.03 09:35 PM | SBC Internet Services |

**EXHIBIT A**