UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-2251-CAS(Ex) | | Date | August 15, 2012 |
|---|---|---|---|---|
| Title | *808 HOLDINGS, LLC v. COLLECTIVE OF JANUARY 3, 2012, ETC.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - AGREED MOTION TO CONSOLIDATE HEARING DATES (filed 08/14/12)

  The Court is in receipt of the Agreed Motion to Consolidate Hearing Dates filed August 14, 2012. The Court hereby grants the parties stipulation and continues the hearings on John Doe 4's Motion to Dismiss For Lack of Jurisdiction, For Reconsideration, To Dismiss/Sever and/or to Quash Subpoena, filed July 30, 2012; and John Doe 6's Motion to Dismiss/Sever/Quash, filed September 24, 2012, to **October 1, 2012** at **10:00 A.M.**

  Note that Judge Snyder has a blanket referral of all discovery matters to be handled by the Magistrate Judge assigned. Therefore, the Court hereby strikes the portions of John Doe 4 and John Doe 6's motions, wherein they reference a protective order, and will not be addressed at the October 1, 2012 hearing. Motions for a protective order shall properly be noticed before Magistrate Judge Charles F. Eick, who is assigned to the above-referenced action.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |