UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63 C23C91ON, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV12-2251 CAS(Ex)<br><br>[~~PROPOSED~~] ORDER |

The Court, having read the papers filed in connection with Plaintiff's Stipulated Request For Order Deeming Plaintiff's Consolidated Opposition To Motion To Quash/Dismiss/Sever and for Reconsideration [ECF 19], and having considered the issues therein and good cause appearing therefore, IT IS SO GRANTED.

IT IS FURTHER ORDERED that the hearing date currently calendared for these issues shall remain unchanged for October 1, 2012 at 10:00 AM.

Dated this 18 day of September, 2012

*Christine A. Snyder*
United States District Judge

*LANG, HANIGAN & CARVALHO, LLP*
*21550 Oxnard Street, Suite 760*
*Woodland Hills, CA 91367*
*(818) 883-5644*

---

1

*[Proposed] Order Deeming Plaintiff's Opposition as Timely Filed*