LANG, HANIGAN & CARVALHO, LLP
Timothy R. Hanigan (State Bar No. 125791)
trhanigan@gmail.com
Arthur Carvalho, Jr. (State Bar No. 125370)
acarvalho@lhcllp.com
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone: (818) 883-5644
Facsimile: (818) 704-9372

Attorneys for Plaintiffs
808 Holdings, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 808 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTIVE OF JANUARY 3, 2012 SHARING HASH E37917C8EEB4585E6421358FF32F29CD63 C23C91ON, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV12-2251- CAS(Ex)<br><br>**NOTICE OF NEW FACTS RELATED TO HEARING ON DEFENDANT DOE 4 & 6 CONSOLIDATED MOTIONS TO DISMISS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff 808 Holdings, LLC ("Plaintiff") hereby requests that this court take notice of new facts that have come to light since the hearing on Doe 4 and Doe 6's consolidated motions to dismiss and/or sever that was heard on October 1, 2012 at 10:00 a.m.

At the hearing, Counsel for Defendants Doe 4 and 6, Daniel Simon, made an accusation which called into question the ethics of Counsel for Plaintiff, Arthur Carvalho, Jr. Namely, that Mr. Carvalho had made contact with Doe 6 by sending him a "demand letter" who is known to be represented by Mr. Simon. Under the circumstances and surprise in which it was presented (as Mr. Simon did not notify Plaintiff's counsel upon receipt of the letter), Mr. Carvalho had no opportunity to investigate the veracity of Mr. Simon's accusations. He assumed that he had mistakenly

1
*Notice of New Facts*

contacted Doe 6 and apologized to the Court and Counsel, assuring them that procedures would be implemented to prevent further such mistakes.

After the hearing, Plaintiff's counsel reviewed their records to determine how it could have made the mistake of contacting a defendant it knew to be represented by counsel. Upon review, it became clear that it was impossible to have contacted Doe 6 - knowingly or unknowingly - because AT&T had not provided the contact information for Doe 6 to Plaintiff. Attached hereto as Exhibit A is the redacted subpoena response from AT&T which provides *only* the identifying information corresponding to Doe 10.

Plaintiff's counsel did send a letter - which under no interpretation can be considered a "demand letter" - to Doe 10 informing him of the pendency of the action and asking him to contact Plaintiff's counsel, as allowed by the Court's early discovery Order. However, Mr. Simon has never indicated to Plaintiff's counsel that he represents Doe 10. The only explanation - and which has recently been confirmed by AT&T - is that Mr. Simon's client has two separate IP addresses, *both* of which were logged as infringing Plaintiff's copyright by downloading the same hash file on the same date and thus is identified as *two* different Doe defendants in the action. Troubling as this information is, it also evidences that Mr. Carvalho did not, nor could he, have any knowing or negligent contact with Doe 6.

Plaintiff has filed the instant notice to appraise Judge Snyder of these facts in order to correct the erroneous conclusion that Mr. Carvalho had even inadvertently contacted a party which he knew to be represented by counsel. This is made more important given the reference by the Court to the contact in her Order dated October 3, 2012. [Order p. 13, FN 9]

Respectfully submitted.

DATED: October 24, 2012         LANG, HANIGAN & CARVALHO, LLP.

                                By  s/ Arthur Carvalho, Jr.
                                    Arthur Carvalho, Jr.

                                Attorneys for Plaintiff
                                808 HOLDINGS, LLC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system on October, 2012.

DATED: October 24, 2012          LANG, HANIGAN & CARVALHO, LLP.

By s/ Arthur Carvalho, Jr.
Arthur Carvalho, Jr.

# EXHIBIT A

| Court | Case # | IP | Timestamp (Date) | Timestamp (Time-UTC) | Customer Name | Phone | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT - Central District of California | CV-12 2251 CAS (EX) | 99.68.19.179 | 1/3/2012 | 21:35:00 | ███ | ███ | ███ | ███ | ███ | ███ |